849 F.2d 600
 Fairchilde (Jerry D.)
v.
Erickson (Laura U.), a/k/a Schuller (Laura U.), Bowden
(Joseph F., Jr.), Earnst (John R.), Davidson (Robert E.),
Schuller (Anna, Carlton, Chris), Ottinger (Paul), Ottinger &
Strong, Painter (Page), Bestrom (Ronald), Survivors, Inc.,
Coughlan (Laurie E.), Wright (Fred C.), Moylan (Daniel W.),
Doe (John A.)
 NO. 87-5841
 United States Court of Appeals,
Third Circuit.
 MAY 25, 1988
 
 Appeal From: M.D.Pa.,
 Herman, J.
 
 
 1
 AFFIRMED.